UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Keyante Antonio Mitchell**  Docket No. 4:21-CR-4-1D

**Petition for Action on Supervised Release**

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keyante Antonio Mitchell, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 13, 2021, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Keyante Antonio Mitchell was released from custody on January 10, 2025, at which time the term of supervised release commenced. On June 11, 2025, a violation report was submitted advising the defendant was charged with new criminal conduct. Supervision was allowed to continue, and the charges were ultimately dismissed. On October 8, 2025, a Violation Report was submitted advising that the defendant was charged with new criminal conduct. Supervision was allowed to continue, and the charges remain pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 15, 2025, the defendant committed the offenses of Window Tinting Violation, Expired Registration Card or Tag, and Driving While License Revoked Not Impaired Revocation (25CR5265) in Lenoir County, North Carolina. These charges remain pending. Due to the pattern of similar criminal thinking, it respectfully recommended that the defendant be required to participate in a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Shawn M. Lyon<br>Shawn M. Lyon<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-467-5110<br>Executed On: October 29, 2025 |

Keyante Antonio Mitchell
Docket No. 4:21-CR-4-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge